AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Nathan Vilas Laatsch<br><br>Defendant(s) | Case No. 1:25mj325 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **between March 2 and May 28, 2025** in the county of **Arlington** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 794 | attempting to transmit national defense information to an officer or agent of a foreign government |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Gordon D. Kromberg

*Complainant's signature*

Matthew T. Johnson, FBI Special Agent
*Printed name and title*

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1, by telephone on this 28th day of May 2025

*William Fitzpatrick*
*Judge's signature*

City and state: Alexandria, Virginia

William E. Fitzpatrick, United States Magistrate Judge
*Printed name and title*