IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|   |   |   |
|---|---|---|
| IN RE: CRIMINAL COMPLAINT AND ARREST WARRANT | ) ) ) ) | No. 1:25mj325 |

ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the criminal complaint and arrest warrants in this matter; and

The COURT, having found that revealing the criminal complaint and arrest warrant before the defendant is arrested may facilitate the flight of the defendant and/or the destruction of evidence; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that these legitimate interests outweigh at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that the criminal complaint and arrest warrant be sealed until the defendant is arrested on the complaint, except that a copy of the warrant may be made available to law enforcement agents for execution of the warrant. Upon arrest of the defendant, the complaint and warrant shall be unsealed without further order of the Court.

*William Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

May 28, 2025
Alexandria, Virginia